UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

**Plaintiff,**

v.                     6:11-cv-80

GUARD DAVIS,

**Defendant.**

## ORDER

Plaintiff Warren Skillern moves to dismiss his Complaint against Defendant Guard Davis. *See* Doc. 4. The Court **GRANTS** Skillern's motion. *See id.*

Skillern's case is **DISMISSED**.

This 18th day of July 2011.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA